UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
REGIS COTTON, individually and on behalf : **NOTICE OF MOTION**
of all others similarly situated, :
:
Plaintiff, :
: Case No. 6:25-CV-00071-DNH-ML
vs. :
:
CHARLES T. SITRIN HEALTH CARE
CENTER, INC.,

Defendant.

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the Declaration of Christopher P. Maugans, Esq., sworn to on October 31, 2025, with exhibits annexed thereto, and the accompanying Memorandum of Law, Defendant Charles T. Sitrin Health Care Center, Inc. will move before this Court at a date and time to be set by the Court or by operation of the Local Rules of Civil Procedure, for an Order: (i) to strike Plaintiff's class allegations pursuant to FED. R. CIV. P. 12(b)(6), 12(f), and 23(d)(1)(D); (ii) to dismiss Plaintiff's New York Labor Law Section 196-b claim in its entirety with prejudice pursuant to FED. R. CIV. P. 12(b)(6); (iii) dismiss in its entirety, with prejudice, Plaintiff's NYLL § 195(3) claim for lack of standing; (iv) to stay discovery in this matter until resolution of this motion; and (v) grant such other and further relief the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 7.1(a) of the Local Rules of Civil Procedure for the Northern District of New York, Defendant requests the opportunity to submit reply papers in support of this motion.

No oral argument is requested on this Motion.

Dated: Buffalo, New York
October 31, 2025

**GOLDBERG SEGALLA LLP**

By:   /s/ Christopher P. Maugans
Christopher P. Maugans
Bar Roll No. 703083
cmaugans@goldbergsegalla.com
Russell J. Edwards
Bar Roll No. 706129
rjedwards@goldbergsegalla.com
*Attorneys for Defendant*
666 Main Street
Buffalo, NY 14203
Telephone: (716) 566-5400

TO:   Mariyam Hussain
(NDNY Bar Number: 706008)
BERGER MONTAGUE PC
110 N. Wacker Drive, Suite 2500
Chicago, IL 60606
Telephone: (773) 666-4316
mhussain@bergermontague.com

Camille Fundora Rodriguez
Michael J. Anderson
BERGER MONTAGUE PC
1818 Market Street, Suite 3600 Philadelphia, PA 19103
Telephone: (215) 875-4635
crodriguez@bergermontague.com
manderson@bergermontague.com

*Attorneys for Plaintiff*